UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re VEGA. | Case No. 22-cv-03246-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice. The Clerk shall enter judgment against Plaintiff and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:   8/9/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge